AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ MASSACHUSETTS

COMMONWEALTH
Respondents
     Plaintiff

V.

WILLIAM SANTIAGO
Petitioner

     Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __William Santiago, pro se_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Souza Baranowski Correctional Center__

   Are you employed at the institution? __Yes__ Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
       SBCC
       P.O. BOX 8000      $5.00 a wk.
       Shirley, MA. 01464

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.    See treasury account attached

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

7. I hereby declare that I have no other assets other than stated in the above.

I declare under penalty of perjury that the above information is true and correct.

_____ 2004    X _____
        Date                         Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20040721 11:08

| Commit# : | W55337 | | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 1 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | SANTIAGO, WILLIAM, , | | | | | Statement From | 20040201 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | | To | 20040720 | | |
| Block : | K2 | | | | | | | | |
| Cell/Bed : | 44 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $283.26 | $271.93 | $0.00 | $0.00 |
| 20040202 08:20 | IC - Transfer from Inmate to Club A/c | 2322006 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20040203 14:05 | EX - External Disbursement | 2327605 | 19543 | SBCC | ~FILING FEE 01-11338~U.S. DISTRICT COURT 01-11338 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040204 23:06 | PY - Payroll | 2338334 | | SBCC | ~20040118 To 20040124 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:39 | IS - Interest | 2363097 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040211 11:01 | IC - Transfer from Inmate to Club A/c | 2376521 | | SBCC | ~shorts~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $9.49 | $0.00 | $0.00 |
| 20040211 23:07 | PY - Payroll | 2383342 | | SBCC | ~20040125 To 20040131 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040217 09:33 | IC - Transfer from Inmate to Club A/c | 2398158 | | SBCC | ~POSTAGE ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.12 | $0.00 | $0.00 |
| 20040218 23:05 | PY - Payroll | 2411050 | | SBCC | ~20040201 To 20040207 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2440422 | | SBCC | ~20040208 To 20040214 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040227 11:39 | IC - Transfer from Inmate to Club A/c | 2449943 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.80 | $0.00 | $0.00 |
| 20040227 22:30 | CN - Canteen | 2451379 | | SBCC | ~Canteen Date : 20040227 | $0.00 | $4.90 | $0.00 | $0.00 |
| 20040302 09:11 | IC - Transfer from Inmate to Club A/c | 2457307 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2469859 | | SBCC | ~20040215 To 20040221 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2494449 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2515259 | | SBCC | ~20040222 To 20040228 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040317 11:02 | IC - Transfer from Inmate to Club A/c | 2537820 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040317 11:03 | IC - Transfer from Inmate to Club A/c | 2537821 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $13.45 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2544415 | | SBCC | ~20040229 To 20040306 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040318 13:54 | EX - External Disbursement | 2550104 | 20227 | SBCC | ~filing fee for February~US DISTRICT COURT 01-11338 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2573615 | | SBCC | ~20040307 To 20040313 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040329 08:54 | IC - Transfer from Inmate to Club A/c | 2585232 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20040331 09:04 | IC - Transfer from Inmate to Club A/c | 2595963 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.75 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2601661 | | SBCC | ~20040314 To 20040320 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040401 14:09 | EX - External Disbursement | 2607001 | 20395 | SBCC | ~FILING FEE FOR MARCH/04~U.S. DISTRICT COURT 01-11338 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040405 08:32 | IC - Transfer from Inmate to Club A/c | 2612560 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631379 | | SBCC | ~20040321 To 20040327 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040409 22:30 | CN - Canteen | 2642764 | | SBCC | ~Canteen Date : 20040409 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040412 08:25 | IC - Transfer from Inmate to Club A/c | 2643641 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2654977 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date:** 20040721 11:08

| | | | | | | Page: 2 |
|---|---|---|---|---|---|---|
| Commit# : | W55337 | | | | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name : | SANTIAGO, WILLIAM, , | | | Statement From | 20040201 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040720 | |
| Block : | K2 | | | | | |
| Cell/Bed : | 44 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040414 23:01 | PY - Payroll | 2676159 | | SBCC | ~20040328 To 20040403 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040420 08:34 | IC - Transfer from Inmate to Club A/c | 2691274 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2704010 | | SBCC | ~20040404 To 20040410 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040423 22:30 | CN - Canteen | 2714842 | | SBCC | ~Canteen Date : 20040423 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040426 11:06 | IC - Transfer from Inmate to Club A/c | 2716623 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.17 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2732277 | | SBCC | ~20040411 To 20040417 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040430 22:30 | CN - Canteen | 2743585 | | SBCC | ~Canteen Date : 20040430 | $0.00 | $3.87 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2761173 | | SBCC | ~20040418 To 20040424 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040506 09:28 | IC - Transfer from Inmate to Club A/c | 2765407 | | SBCC | ~postage ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040507 16:10 | IC - Transfer from Inmate to Club A/c | 2771673 | | SBCC | ~1 LG ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.35 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2789798 | | SBCC | ~20040425 To 20040501 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2799263 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040514 22:30 | CN - Canteen | 2816877 | | SBCC | ~Canteen Date : 20040514 | $0.00 | $4.81 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2833572 | | SBCC | ~20040502 To 20040508 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040520 08:07 | IC - Transfer from Inmate to Club A/c | 2837454 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040524 15:52 | IC - Transfer from Inmate to Club A/c | 2848742 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2863033 | | SBCC | ~20040509 To 20040515 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040527 08:08 | IC - Transfer from Inmate to Club A/c | 2867664 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040528 22:30 | CN - Canteen | 2874869 | | SBCC | ~Canteen Date : 20040528 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886293 | | SBCC | ~20040516 To 20040522 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040603 13:53 | IC - Transfer from Inmate to Club A/c | 2892559 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.13 | $0.00 | $0.00 |
| 20040603 13:53 | IC - Transfer from Inmate to Club A/c | 2892560 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.57 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2918994 | | SBCC | ~20040523 To 20040529 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2928972 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2965643 | | SBCC | ~20040530 To 20040605 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040617 14:16 | EX - External Disbursement | 2971244 | 21319 | SBCC | ~FILING FEE FOR APRIL AND MAY~U.S. DISTRICT COURT 01-1138 | $0.00 | $8.00 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994346 | | SBCC | ~20040606 To 20040612 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040624 09:29 | IC - Transfer from Inmate to Club A/c | 2999448 | | SBCC | ~postage ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006426 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $2.28 | $0.00 | $0.00 |
| 20040630 23:01 | PY - Payroll | 3023039 | | SBCC | ~20040613 To 20040619 | $5.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20040721 11:08

Page 3

| Commit# : | W55337 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
| Name : | SANTIAGO, WILLIAM, , | | | | Statement From | 20040201 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20040720 | | | |
| Block : | K2 | | | | | | | | |
| Cell/Bed : | 44 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040701 08:32 | IC - Transfer from Inmate to Club A/c | 3028023 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.67 | $0.00 | $0.00 |
| 20040702 10:30 | EX - External Disbursement | 3033438 | 21483 | SBCC | ~FILING FEE FOR JUNE~U.S. DISTRICT COURT 01-11338 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20040706 11:42 | CI - Transfer from Club to Inmate A/c | 3039163 | | SBCC | ~Canteen refund 6/25/04~W55337 SANTIAGO,WILLIAM PERSONAL~KCN WASH ACCOUNT - Z5 | $2.28 | $0.00 | $0.00 | $0.00 |
| 20040708 10:15 | PY - Payroll | 3057573 | | SBCC | ~20040620 To 20040626 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040709 22:30 | CN - Canteen | 3064688 | | SBCC | ~Canteen Date : 20040709 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040712 08:21 | IC - Transfer from Inmate to Club A/c | 3065535 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3076903 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3101560 | | SBCC | ~20040627 To 20040703 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040715 08:13 | IC - Transfer from Inmate to Club A/c | 3102039 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040716 22:30 | CN - Canteen | 3109349 | | SBCC | ~Canteen Date : 20040716 | $0.00 | $4.60 | $0.00 | $0.00 |
| | | | | | | $122.30 | $131.38 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.25 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.25 | $0.00 | $4.95 | $0.00 | $0.00 | $0.00 |