UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SANTIAGO,<br><br>  Petitioner<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT<br><br>  Respondent. | Civil Action No. 04-11863-EFH |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent, Lois Russo, in her capacity as Superintendent of the Souza Baranowski Correctional Center, in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Randall E. Ravitz
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852
BBO # 643381

Dated: September 15, 2004

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on William Santiago, *pro se*, S.B.C.C., P.O. Box 8000, Shirley, MA 01464, by first class mail, postage prepaid, on September 15, 2004.

                                                                       _____
                                                                       Randall E. Ravitz