FILED
Clerk's Office
USDC, Mass.
Date 10-5-04
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM SANTIAGO,  )
                   )
    Petitioner     )
                   )
v.                 )   Civil Action No. 04-11863-EFH
                   )
LOIS RUSSO, SUPERINTENDENT )
                   )
    Respondent.    )

### RESPONDENT'S APPENDIX ACCOMAPNYING MOTION TO DISMISS

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Randall E. Ravitz

Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: October 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached was served on William Santiago, *pro se*, S.B.C.C., P.O. Box 8000, Shirley, MA 01464, by first class mail, postage prepaid, on October 5, 2004.

_____
Randall E. Ravitz