**EXHIBIT A**

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

| District | Eastern Massachusetts |
|---|---|

| Name | William Santiago | Prisoner No | W55337 | Case No. | |
|---|---|---|---|---|---|

Place of Confinement:
Souza Baranowski Correctional Center (SBCC)
P.O. BOX 8000  / Harvard Rd.
Shirley, MA.  014646-8000

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| William Santiago<br>Petitioner | v.  Commonwealth<br>Respondents |

The Attorney General of the State of: Massachusetts    *Referred to mJJ TG Dein*

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **Chelsea District Court, 120 Broadway, Chelsea, MA. 02150**

2. Date of judgment of conviction **December 16, 2002**

3. Length of sentence **Not applicable  (court fines)**

4. Nature of offense involved (all counts) **8714CR2106 Disorderly Person and Affray, 9114CR3699 Assault and Battery, 9114CR3700 Malicious Destruction of Property under $250.00 and Threatening To Commit a Crime.**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   **8714CR2106 NOT GUILTY (Admits Suff. facts) (paid court fines).**
   **9114CR3699 and 3700   NOT GUILTY (Nolle Prosequi)-(Filed without a change of plea).**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐      No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒      No ☐

9. If you did appeal, answer the following:

    (a) Name of court   __Appeals Court__         No. 2003-P-1147

    (b) Result   __Affirmed__

    (c) Date of result and citation, if known   __May 20, 2004__, 61 Mass. App. Ct. 1106 (2004)

    (d) Grounds raised __Basis to overcome the presumption of regularity, Timely motion for new trial. Motion for appointment of counsel not moot.__ (Reply Brief also submitted).

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court __Supreme Judicial Court__ .      No. FAR 14164

        (2) Result __Affirmed__

        (3) Date of result and citation, if known   June 30, 2004

        (4) Grounds raised __Basis to overcome the presumption of Regularity.__

Were the cases in 9114CR3699 and 3700 filed without appellant's consent.

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court       N/A

        (2) Result       N/A

        (3) Date of result and citation, if known     N/A

        (4) Grounds raised       N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any court, state or federal?
    Yes ☒        No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court   __Chelsea District Court__

        (2) Nature of proceeding 2nd __Motion for a New Trial__

        (3) Grounds raised     __Matters filed without a change of plea affect the__ defendants status within the Department of Correction. 9114CR3699 &3700 only.

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☒☒

(5) Result ___ Not heard by the court yet.

(6) Date of result _____ N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ N/A

(2) Nature of proceeding _____ N/A

_____

(3) Grounds raised _____ N/A

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☒☒

(5) Result _____ N/A

(6) Date of result _____ N/A

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application
·motion?
(1) First petition, etc.          Yes ☒☒        No ☐
(2) Second petition, etc.        Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting
each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies
as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition,
you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self—incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.     Ground one: _____ See attached _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

B.     Ground two: _____ See attached _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

AO 241 (Rev 5/85)

C    Ground three: _____ See attached _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

D.    Ground four: _____ See attached _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____ N/A _____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐        No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked here

    (a)    At preliminary hearing    Pro se _____

    _____

    (b)    At arraignment and plea    Pro Se _____

    _____

AO 241 (Rev. 5/85)

(c) At trial _____ Pro se _____

_____

(d) At sentencing _____ Pro se _____

_____

(e) On appeal _____ Pro se _____

_____

(f) In any post—conviction proceeding _____ Attorney Ronald Stone on the second Motion for

, a New Trial. filed in the Chelsea District Court. _____

(g) On appeal from any adverse ruling in a post—conviction proceeding _____

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐    No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

N/A

(b) Give date and length of the above sentence:   N/A _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☒X    No ☐    (see No. 15 (f) above.

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

N/A

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___8_/_20_/_2004_____
(date)

X _William Santiago_
Signature of Petitioner

Ground one:    THERE WAS A BASIS TO OVERCOME THE PRESUMPTION
               OF REGULARITY IN THE CASES FROM THE CHELSEA
               DISTRICT COURT (LOWER COURT).

Facts (without caselaw):

    Appellant filed his pro se Motion for New Trial on 12/11/02.
(Ex. A ).  The appellant sent copies to the Suffolk District
Attorney's Office and the Assistant District Attorney in
the lower court.

    The lower court denied the motion within five days of
receiving it. without a hearing on 12/16/02.  The lower court
did not give opportunity for the opposing party to file an
opposition.  The lower courts reasons for the denial of the
Motion for a New Trial was "because there was no basis to
overcome the presumption of regularity" and the "motion was
not timely filed."  (Ex. A).

    The judges of the original dockets are deceased or
unavailable.  The transcripts were destroyed pursuant to
court rules.  The record is constructed by the docket entry
sheets and appellant's memory.

                     DOCKET NUMBER 8714CR2106

    In docket No. 8714CR2106. Disorderly Person G.L. c. 272
s. 53 and Affray (No chapter or section given). (Ex. A ).
Appellant was without the assistance of counsel.  There were
no waivers or certificates found in the record stating that
appellant elected to proceed without counsel.  Appellant did
did not waive any constitutional rights.  There is no written

                               1

reference to a colloquy ever being done. [1]

Ground two:  THE DOCKET NUMBERS 9114CR3699 AND 9114CR3700 WERE
FILED WITHOUT APPELLANT'S CONSENT.

Docket number 9114CR3699, Assault and Battery, G.L.
c. 265 s. 13A and docket number 9114CR3700, Malicious Destruction
of Property, G.L. c. 266 s. 127 and Threat to Commit a Crime,
G.L. c. 275 s. 2, were filed without a change of plea. [2]
This was done without appellant's consent.

Appellant did not give verbal or written permission to
his than attorney on these two dockets to file the cases,
"Filed without a change of plea."

In the record there can be found an affadavit filed by
the alleged complainant and the appellant stating that all
parties to the criminal matter agreed to dismiss the criminal
cases. (Ex. A ).

This strongly suggests that the two docket numbers were
filed [3] without the appellant's consent. He therefore is
entitled to consideration of merits of his claims of error
regarding the filed convictions.

---------------------------

1/   It was appellant's first dealings with the legal system and
he was unaware he was entitled to an attorney.
2/   Both of these docket numbers have the capitol letters "N.P."
in the disposition box.  Which indicates Nolle Prosequi.
Nolle Prosequi= Prosecution wishes not to prosecute.  He/she
abandoned the action.  See Black's Law Dictionary.
3/   Filed cases remain subject to reactivation at anytime,
including removal from the file for imposition of a sentence.
They also can be and are used to enhance Federal sentences
See Com. v. Pingaro. 44 Mass.App.Ct. 41 (1997).

2