**EXHIBIT C**

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                Chelsea District Court
                                            No.9114 CR 3699, 3700
                                                8714 CR 2106

Commonwealth

v.

William Santiago

DEFENDANT'S MOTION FOR A NEW TRIAL PURSUANT TO RULE
30 (b) OF THE MASSACHUSETTS RULES OF CRIMINAL PROCEDURES

Now comes the defendant, William Santiago, and moves that

this Honorable Court grant him a new trial pursuant to Rule

30 (b) of the Massachusetts Rule of Criminal Procedure.

The grounds for this motion are set out in more detail

in the attached.

Dated: _December 9, 2002_

Respectfully submitted,

_William Santiago_

William Santiago, pro se
P.O. Box 8000
Shirley, MA.  01464

12/16/02. Denied without
further hearing. There is no
basis to overcome the presumption
of regularity in these old proceedings,
and this motion was not timely filed.
              T H Bailey, J.