**EXHIBIT D**

Chelsea District Court
120 Broadway
Chelsea, MA. 02150

12/30/02

Re: <u>Com. v. William Santiago</u>
    Docket #: 9114 CR 3699, and 3700 / 8714 CR 2106


Clerk Magistrate:

Enclosed for filing please find the following documents:

1. Notice of Appeal

2. Certificate of Service

Please send me two updated certified copies of the above-mentioned docket entrie sheet for appellate purposes.

Thank you.

Sincerely,

William Santiago  12/30/02

William Santiago, pro se
P.O. BOX 8000
Shirley, Ma.
01464

cc: file
    Enc.
    Rose Mary Daly A.D.A.

38

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                    Chelsea District
                                                Criminal Matter
                                                Nos. 9114CR3699
                                                     9114CR3700
                                                     8714CR2106

Commonwealth

v.

William Santiago

NOTICE OF APPEAL

NOTICE, is hereby given that in above-entitled case. The defendant, William Santiago hereby appeals Justice, Gailey's decision to deny Mr. Santiago's **MOTION FOR A NEW TRIAL.**

Mr. Santiago hereby appeals pursuant to Mass.R.A.P. 3 and 12.

Justice Gailey's decision was based only on the documents without a hearing on December 16, 2002.

Therefore Mr. Santiago states that no transcripts are needed or required in this matter.

**The Record may be fully assembeled** and sent to the Appeals Court per the Mass. R.A.P. rules.

Dated: *December 30, 2002*                    Respectfully, submitted,

                                              *William Santiago*
                                              William Santiago, pro se
                                              P.O. BOX 8000
                                              Shirley, MA.
                                              01464

39

CERTIFICATE OF SERVICE

Although this certificate of service is not needed for this Notice.

Mr. Santiago, the defendant/appellant in this matter states that he has sent by first class mail postage prepaid to:

Rose Mary Daly ADA
Suffolk District Attorney's Office
One Bulfinch Place
Boston, Ma.  02114

A true copy of the enclosed documents.

Dated: December 30, 2002

Respectfully submitted

William Santiago, pro se
P.O. BOX 8000
Shirley, MA.
01464

40