**EXHIBIT E**

# Supreme Judicial Court for the Commonwealth of Massachusetts
One Beacon Street, Third Floor, Boston, Massachusetts 02108
(617) 557-1020

Rami M. Vanegas, A.D.A.
Office of the District Attorney/Suffolk
One Bulfinch Place
Boston, MA 02114

RE:  **No. FAR-14164**

COMMONWEALTH
vs.
WILLIAM SANTIAGO

Chelsea District, SU No. 8714CR2106 9114CR3699 & 9114CR3700
Appeals Court No. 2003-P-1147

**NOTICE OF ENTRY OF APPLICATION FOR FURTHER APPELLATE REVIEW**

On June 2, 2004, the following application for further appellate review was filed in the above-referenced case: FAR APPLICATION of William Santiago, filed by William Santiago, Pro Se.

Please note that any opposition to this application must be received for filing in this office on or before June 14, 2004, and must refer to the above-noted FAR docket number.

Thank you.

Susan Mellen, Clerk

Dated: June 7, 2004

To:  Rami M. Vanegas, A.D.A.
     William Santiago

# Supreme Judicial Court for the Commonwealth of Massachusetts
One Beacon Street, Third Floor, Boston, Massachusetts 02108
(617) 557-1020

William Santiago
Souza Baranowski Corr. Center
P.O. Box 8000    (W55337)
Shirley, MA 01464

RE:  Docket No. FAR-14164

**COMMONWEALTH**
  vs.
**WILLIAM SANTIAGO**

Chelsea District, SU No. 8714CR2106  9114CR3699 & 9114CR3700

A.C. No. 2003-P-1147

NOTICE OF DENIAL OF F.A.R. APPLICATION

Please take note that on 06/30/04, the above-captioned Application for Further Appellate Review was denied.

Susan Mellen, Clerk

Dated: June 30, 2004

To:  Rami M. Vanegas, A.D.A.
     William Santiago